# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY EARL EVANS, | CASE NO. 1:06-cv-01250-OWW-SMS PC |
| Plaintiff, | ORDER DENYING MOTION TO AMEND AS UNNECESSARY |
| v. | (Doc. 9) |
| JEANNE WOODFORD, et al., | ORDER DIRECTING CLERK'S OFFICE TO FILE IN PROPOSED AMENDED COMPLAINT |
| Defendants. | (Doc. 9) |

Plaintiff Johnny Earl Evans ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 16, 2006, plaintiff filed a motion seeking leave to amend, along with a proposed amended complaint. It is unnecessary for plaintiff to seek leave of court to amend because he has not previously amended and a responsive pleading has not been served. Fed. R. Civ. P. 15(a). Accordingly, plaintiff's motion shall be denied on the ground that it is unnecessary and the Clerk's Office will be directed to file in plaintiff's amended complaint.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion seeking leave to amend, filed November 16, 2006, is DENIED as unnecessary; and

///

///

1

2.   The Clerk's Office shall file in plaintiff's amended complaint, which is attached to his motion to amend.

IT IS SO ORDERED.

**Dated:   February 16, 2007**                            /s/ **Sandra M. Snyder**
icido3                                                              UNITED STATES MAGISTRATE JUDGE