# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY EARL EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>JEANNE WOODFORD, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-01250-OWW-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR REASSIGNMENT OF CASE<br><br>(Docs. 15 and 16) |

    Plaintiff Johnny Earl Evans ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 13, 2007, plaintiff filed two motions seeking reassignment of this action to another Magistrate Judge due to the large caseload pending before the undersigned.

    Plaintiff's motions set forth no grounds supporting reassignment of this action. A heavy caseload does not support a motion for reassignment and in any event, *all* judges in this district share a similarly heavy caseload.

    Plaintiff's motions are HEREBY DENIED, with prejudice.

IT IS SO ORDERED.

Dated:   March 16, 2007                               /s/ Sandra M. Snyder
icido3                                                      UNITED STATES MAGISTRATE JUDGE