1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHNNY EARL EVANS,

12          Plaintiff,                    No. 1:06-cv-01250 ALA P

13       vs.

14   JEANNE WOODFORD, et al.,

15          Defendants.              ORDER

16   _____/

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights

18   action pursuant to 42 U.S.C. § 1983.  On November 8, 2007, Plaintiff filed a motion for leave to

19   amend the complaint together with his third amended complaint.  However, the copy of the

20   amended complaint Plaintiff filed is missing a page.

21   /////

22   /////

23   /////

24        Therefore, good cause appearing, IT IS HEREBY ORDERED that:

25   1.   Plaintiff's November 8, 2007, motion for leave to amend the complaint is granted;

26   2.   Plaintiff's November 8, 2007, third amended complaint is dismissed with leave to amend;

27        and

28

1

1    3.      Plaintiff is granted thirty-five (35) days from the date of this order in which to file his

2            complete amended complaint.

3    /////

4    DATED: November 21, 2007

5                                                        /s/ Arthur L. Alarcón
                                                         UNITED STATES CIRCUIT  JUDGE
6                                                        Sitting by Designation

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28