IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY EARL EVANS,

    Plaintiff,                    No. 1:06-cv-01250 ALA P

vs.

JEANNE WOODFORD, et al.,

    Defendants.               <u>ORDER</u>

_____/

      Plaintiff Johnny Evans is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  On November 8, 2007, Plaintiff filed a motion for leave to amend the complaint together with his third amended complaint.  On November 28, 2007, this court dismissed that complaint and granted Plaintiff leave to file an amended complaint.  On that same day, Plaintiff filed a notice of complaint regarding what he considers to have been a "lengthy delay" in the screening of his complaint.  In view of the court's November 28, 2007, order, Plaintiff's complaint is moot.

      Therefore, IT IS HEREBY ORDERED that Plaintiff's November 28, 2007 notice of complaint is DENIED.

DATED: November 29, 2007                /s/ Arthur L. Alarcón
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation