IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY EARL EVANS,

    Plaintiff,                    No. 1:06-cv-01250 ALA P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.                ORDER

_____/

        Plaintiff Johnny Evans is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  On December 13, 2007, Plaintiff filed a fourth amended complaint.  The fourth amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the fourth amended complaint are proven, Plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for Defendant C. Delouth.
2. The Clerk of the Court shall send Plaintiff 1 USM-285 forms, one summons, an instruction sheet and a copy of the fourth amended complaint filed December 13, 2007.
3. Within thirty-five (35) days from the date of this order, Plaintiff shall complete the

1  attached Notice of Submission of Documents and submit the following documents to the
2  court:
3      a. The completed Notice of Submission of Documents;
4      b. One completed summons;
5      c. One completed USM-285 form for each defendant listed in number 1
6      above; and
7      d. Two copies of the endorsed amended complaint filed December 13,
8      2007.
9  4. Plaintiff need not attempt service on Defendant and need not request waiver of service.
10 Upon receipt of the above-described documents, the court will direct the United States
11 Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure
12 4 without payment of costs.
13 /////
14 DATED: January 23, 2008

/s/ Arthur L. Alarcón  
UNITED STATES CIRCUIT JUDGE  
Sitting by Designation

```
                IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA
```

JOHNNY EARL EVANS,

      Plaintiff,                            No. 1:06-CV-01250 ALA P

    vs.

JEANNE S. WOODFORD, et al.,         <u>NOTICE OF SUBMISSION</u>

      Defendants.                     <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____    completed summons form

      ____    completed USM-285 forms

      ____    copies of the _____
                              Complaint/Amended Complaint

DATED:

                                              _____
                                              Plaintiff