IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY EARL EVANS, | Case No. 1:06-cv-01250 ALA (P) |
| Plaintiff, | |
| vs. | |
| JEANNE S. WOODFORD, | |
| Defendant(s). | |

On April 8, 2008, Defendant filed a Motion for Summary Judgment (doc. 60) pursuant to Federal Rules of Procedure 12 (b) and 12(b)(6).  The Court requests that Plaintiff submit a response to Defendant's Motion for Summary Judgement prior to the Court issuing its ruling.

As such, **IT IS HEREBY ORDERED** that Plaintiff file a response to Defendant's Summary Judgment Motion within thirty-five (35) days of the filing of this Order.

/////

DATED: April 10, 2008

                                       /s/ Arthur Alarcón
                                       UNITED STATES CIRCUIT JUDGE
                                       Sitting by Designation