IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY EARL EVANS, | Case No. 1:06-cv-01250 ALA (P) |
| Plaintiff, | |
| vs. | **AMENDED ORDER** |
| JEANNE S. WOODFORD, | |
| Defendant(s). | |

On April 8, 2008, Defendant filed a Motion to Dismiss pursuant to Federal Rules of Procedure 12 (b) and 12(b)(6).(doc. 60). The Court requests that Plaintiff submit a response to Defendant's Motion to Dismiss prior to the Court issuing its ruling.

As such, **IT IS HEREBY ORDERED** that:

1. This Order replace the Court's previous Order, dated April 10, 2008. (doc. 64).

2. Plaintiff file a response to Defendant's Motion to Dismiss on or before May 16, 2008.

/////

DATED: April 11, 2008

/s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation