IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY EARL EVANS, | Case No. 1:06-cv-01250 ALA (P) |
| Plaintiff, | |
| vs. | **ORDER** |
| JEANNE S. WOODFORD, | |
| Defendant(s). | |

On April 30, 2008, Plaintiff filed a Motion for an Extension of Time to file an Opposition to Defendants' Motion to Dismiss. (Doc. 66). Good cause appearing, Plaintiff's Motion for an Extension of Time is GRANTED.

Accordingly, it is HEREBY ORDERED that Plaintiff file his Opposition to Defendants' Motion to Dismiss on or before June 12, 2008.

/////

DATED: May 16, 2008

/s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation