IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY EARL EVANS, | Case No. 1:06-cv-01250 ALA (P) |
| Plaintiff, | |
| vs. | |
| JEANNE S. WOODFORD, | |
| Defendant(s). | |
| _____/ | |

On June 26, 2008, Plaintiff filed a motion requesting additional time to comply with this Court's Order (Doc. 73). (Doc. 74).  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall respond to this Court's Order to Show Cause on or before July 21, 2008.

/////

DATED: June 30, 2008

/s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation