IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY EARL EVANS, | Case No. 1:06-cv-01250 ALA (P) |
| Plaintiff, | |
| vs. | |
| JEANNE S. WOODFORD, | |
| Defendant(s). | |
| _____/ | |

This Court ordered Plaintiff Evans to show cause why his Fourth Amended Complaint should not be dismissed pursuant to the Prisoner Litigation Reform Act, 42 U.S.C. § 1997e(a). (Doc. 73). On July 7, 2007, Plaintiff filed a motion to extend his time to respond to this Court's above inquiry. (Doc. 76).

Good cause appearing, it is HEREBY ORDERED that Plaintiff file a response to this Court's Order, (Doc. 73), on or before August 11, 2008.

/////

DATED: July 14, 2008

/s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation