1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   JOHNNY EARL EVANS,                    Case No. 1:06-cv-01250 ALA (P)

12            Plaintiff,

13   vs.                                   **<u>ORDER</u>**

14   JEANNE S. WOODFORD,

15            Defendant(s).

16   _____/

17        On July 25, 2008, Plaintiff Johnny Evans filed a notice to this Court regarding his

18   transfer to Corcoran State Prison (Doc. 79).  Plaintiff stated that he has yet to receive his legal

19   documents from prison staff.  As such, Plaintiff asks for an extension of time to respond to this

20   Court's Order to Show Cause. (Doc. 73).  Good cause appearing, Plaintiff's request for

21   additional time is granted.  At this time, however, Plaintiff's request that this Court direct the

22   Director of Corrections to provide Plaintiff with his property is denied.

23        Accordingly, it is HEREBY ORDERED that Plaintiff file a response to this Court's

24   Order, (Doc. 73), on or before September 16, 2008.

25   DATED: August 6, 2008

26                                   /s/ Arthur Alarcón
                                     _____
                                     UNITED STATES CIRCUIT JUDGE
27                                   Sitting by Designation

28