IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY EARL EVANS, | Case No. 1:06-cv-01250 ALA (P) |
| Plaintiff, | |
| vs. | |
| JEANNE S. WOODFORD, | |
| Defendant(s). | |

On September 11, 2008, this Court granted Defendants' motion to dismiss this case. Judgment was entered in favor of Defendants that same day. (Doc. 84). On September 30, 2008, Plaintiff Evans filed a motion for a 30-day extension of time to file a motion for reconsideration. (Doc. 86). Plaintiff's motion is hereby GRANTED. Plaintiff's motion for reconsideration is due on or before November 11, 2008. No further extensions will be granted.

Generally, a motion for reconsideration, which is not recognized by Federal Rules of Civil Procedure, may be construed in one of two ways: if filed within 10 days of district court's entry of judgment, it is treated as motion to alter or amend judgment under Fed. R. Civ. P. 59(e) and if filed more than 10 days after entry of judgment, it is treated as motion for relief from judgment under Fed. R. Civ. P. 60(b). Because Plaintiff's motion for reconsideration was not filed within 10 days of the entry of judgment, it will be treated as a motion for relief rom judgment under Fed. R. Civ. P. 60(b).

1 | IT IS HEREBY ORDERED THAT Plaintiff's motion for an extension to file a motion
2 | for reconsideration is GRANTED.  Plaintiff's motion for reconsideration shall be filed on or
3 | before November 11, 2008.
4 | /////
5 | DATED: October 1, 2008
6 | /s/ Arthur Alarcón
7 | UNITED STATES CIRCUIT JUDGE
    Sitting by Designation