IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY EARL EVANS, | Case No. 1:06-cv-01250 ALA (P) |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| JEANNE S. WOODFORD, | |
| Defendant(s). | |

On October 30, 2008, Plaintiff Evans filed a motion for reconsideration pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure. (Doc. 88).

IT IS HEREBY ORDERED that Defendants file a response to Plaintiff's motion for reconsideration on or before December 1, 2008.

DATED: November 17, 2008

/s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation